1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: natalie.winslow@akerman.com

7  *Attorneys for The Bank of New York Mellon fka
   The Bank of New York, as Trustee for the
8  Certificateholders of CWALT, Inc., Alternative
   Loan Trust 2005-56, Mortgage Pass-Through
9  Certificates, Series 2005-56*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-56,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION; KUPPERLIN LAW GROUP, LLC; FIRST 100, LLC; ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | Case No. 2:17-cv-01033-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

...

...

...

...

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56 (**BoNYM**), and Kupperlin Law Group, LLC (**Kupperlin**), hereby stipulate and agree that Kupperlin shall have an additional two (2) weeks, up to and including **June 19, 2017**, to file its response to the complaint, which is currently due on June 5, 2017.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 5th day of June, 2017.

| **AKERMAN LLP** | **ATKINSON LAW ASSOCIATES, LTD.** |
|---|---|
| */s/ Natalie L. Winslow, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56* | */s/ Robert E. Atkinson, Esq.*<br>ROBERT E. ATKINSON, ESQ.<br>Nevada Bar No. 9958<br>8965 S. Eastern Avenue, Suite 260<br>Las Vegas, NV 89123<br><br>*Attorney for Kupperlin Law Group, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_George Foley Jr._

UNITED STATES MAGISTRATE JUDGE

DATED: June 6, 2017