# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF NEW YORK MELLON,

   Plaintiff,

vs.

CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION, *et al.*,

   Defendants.

Case No. 2:17-cv-01033-JCM-GWF

**ORDER**

  This matter is before the Court on Defendants Alan Lahrs and Theresa Lahrs' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Motion to Dismiss (ECF No. 52) in this matter was filed November 22, 2017. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Defendants have failed to comply. Accordingly,

  **IT IS ORDERED** that Defendants Alan Lahrs and Theresa Lahrs shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **December 15, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

  DATED this 8th day of December, 2017.

               _____
               GEORGE FOLEY, JR.
               United States Magistrate Judge