John T. Steffen (4390)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:  (702) 385-2500
Fax:  (702) 385-2086
srobertson@hutchlegal.com

*Attorneys for Defendants Alan Lahrs
and Theresa Lahrs as Trustees
of the Lahrs Family Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-56,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION; KUPPERLIN LAW GROUP, LLC; FIRST 100, LLC; ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant(s). | CASE NO. 2:17-cv-01033-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT and KUPPERLIN'S MOTION FOR SUMMARY JUDGMENT**<br><br>[First Request]<br>[Affects: DE #59 and #60] |

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record that the opposition brief deadlines for Plaintiff's Motion for Summary Judgment (Docket No. 59) filed on January 3, 2018, and Motion for Summary Judgment on Complaint's First Cause of Action [Quiet Title], as Against Kupperlin (Docket No. 60) filed on January 3, 2018, be continued to February 7, 2018 from January 24, 2018.

DATED this 22nd day of January, 2018.

HUTCHISON & STEFFEN, PLLC

/s/ Todd W. Prall
John T. Steffen (4390)
Todd W. Prall (9154)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendants Alan Lahrs and Theresa Lahrs as Trustees of the Lahrs Family Trust*

DATED this 22nd day of January, 2018.

ATKINSON LAW ASSOCIATES, LTD.

/s/ Robert E. Atkinson
Robert E. Atkinson
8965 South Eastern Avenue, Suite 260
Las Vegas, Nevada 89123

*Attorney for Defendant Kupperlin Law Group, LLC*

DATED this 22nd day of January, 2018.

PENGILLY LAW FIRM

/s/ Elizabeth B. Lowell
James W. Pengilly
Elizabeth B. Lowell
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134

*Attorneys for Defendant Christopher Communities at Southern Highlands Golf Club Homeowners Association*

DATED this 22nd day of January, 2018.

AKERMAN LLP

/s/ Rex Garner
Darren T. Brenner
Ariel E. Stern
Natalie L. Winslow
Rex Garner
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiff*

# ORDER

IT IS ORDERED that the opposition brief deadlines for Plaintiff's Motion for Summary Judgment (Docket No. 59) filed on January 3, 2018, and Motion for Summary Judgment on Complaint's First Cause of Action [Quiet Title], as Against Kupperlin (Docket No. 60) filed on January 3, 2018, be continued to February 7, 2018 from January 24, 2018.

DATED January 24, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

HUTCHISON & STEFFEN, PLLC

_____/s/ Todd W. Prall_____
John T. Steffen (4390)
Todd W. Prall (9154)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendants Alan Lahrs and Theresa Lahrs as Trustees of the Lahrs Family Trust*