James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
Ty M. Maynarich, Esq.
Nevada Bar No. 14584
tmaynarich@pengillylawfirm.com
PENGILLY LAW FIRM
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
Telephone: (702) 889-6665
Facsimile: (702) 889-6664
*Counsel for Christopher Communities At
Southern Highlands Golf Club Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-56,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION; KUPPERLIN LAW GROUP, LLC; FIRST 100, LLC; ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST; DOE INDIVIDUALS 1-X, inclusive; and ROE CORPORATIONS 1-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01033-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE (ECF NO. 75)** |
| CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION,<br><br>Cross-Claimant,<br><br>v. | |

1

| | |
|---|---|
| KUPPERLIN LAW GROUP, LLC, | |
| Cross-Defendant. | |
| ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, a trust established under the laws of the State of Nevada, | |
| Cross-Claimant, | |
| v. | |
| CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION, a homeowner's association governed by the laws of the State of Nevada; KUPPERLIN LAW GROUP, LLC, a Nevada limited liability company; FIRST 100, LLC, a Nevada limited liability company, | |
| Cross-Defendants. | |
| ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, a trust established under the laws of the State of Nevada, | |
| Third-Party Plaintiff, | |
| v. | |
| JAY BLOOM, an individual, DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Third-Party Plaintiff. | |

## STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE (ECF NO. 75)

IT IS HEREBY STIPULATED BY AND BETWEEN Cross-Claimants, ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, and CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION ("HOA"), by and through their respective undersigned counsel

of record, that the HOA may have until August 31, 2018 in which to respond to the Answer to Complaint and Cross-Claims on file herein (ECF No. 75).

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 2nd day of August, 2018.

**PENGILLY LAW FIRM**

*/s/ Ty Maynarich, Esq.*
James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth Lowell, Esq.
Nevada Bar No. 8551
Ty M. Maynarich, Esq.
Nevada Bar No. 14584
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
(702) 889-6665
*Counsel for Christopher Communities*
*At Southern Highlands Golf Club*
*Homeowners Association*

DATED this 2nd day of August, 2018.

**HUTCHISON & STEFFEN, PLLC**

*/s/ Todd W. Prall, Esq.*
John T. Steffen, Esq.
Nevada Bar No. 4390
Todd W. Prall, Esq.
Nevada Bar No. 9154
1008 West Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500
*Counsel for Alan Lahrs and Theresa Lahrs*
*as Trustees of The Lahrs Family Trust*

## ORDER

IT IS SO ORDERED this 7th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

**PENGILLY LAW FIRM**

*/s/ Ty M. Maynarich, Esq.*
James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
*Counsel for Christopher Communities*
*At Southern Highlands Golf Club*
*Homeowners Association*