1  John T. Steffen (4390)
   Todd W. Prall (9154)
2  HUTCHISON & STEFFEN, PLLC
3  Peccole Professional Park
   10080 West Alta Drive, Suite 200
4  Las Vegas, NV 89145
   Tel:   (702) 385-2500
5  Fax:   (702) 385-2086
6  tprall@hutchlegal.com

7  *Attorneys for Defendants Alan Lahrs
   and Theresa Lahrs as Trustees
8  of the Lahrs Family Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-56,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION; KUPPERLIN LAW GROUP, LLC; FIRST 100, LLC; ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant(s). | CASE NO. 2:17-cv-01033-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS (DOC. NO. 92)**<br><br>[First Request] |

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record that the response deadline to Christopher Communities at Southern Highlands Golf Club Homeowners Association's Motion to Dismiss (Doc. No. 92) filed on September 6, 2018 be continued from September 20, 2018 to October 18, 2018. Any reply brief shall be due on November 1, 2018.

| | |
|---|---|
| DATED this 20th day of September, 2018. | DATED this 20th day of September, 2018. |
| HUTCHISON & STEFFEN, PLLC | PENGILLY LAW FIRM |
| /s/ Todd W. Prall | /s/ Ty M. Maynarich |
| John T. Steffen (4390)<br>Todd W. Prall (9154)<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145 | James W. Pengilly<br>Elizabeth B. Lowell<br>Ty M. Maynarich, Esq.<br>1995 Village Center Circle, Suite 190<br>Las Vegas, Nevada 89134 |
| *Attorneys for Defendants Alan Lahrs and Theresa Lahrs as Trustees of the Lahrs Family Trust* | *Attorneys for Defendant Christopher Communities at Southern Highlands Golf Club Homeowners Association* |
| DATED this 20th day of September, 2018. | DATED this 20th day of September, 2018. |
| ATKINSON LAW ASSOCIATES, LTD. | AKERMAN LLP |
| /s/ Robert E. Atkinson | /s/ Rex Garner |
| Robert E. Atkinson<br>8965 South Eastern Avenue, Suite 260<br>Las Vegas, Nevada 89123 | Darren T. Brenner<br>Rex Garner<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 |
| *Attorney for Defendant Kupperlin Law Group, LLC* | *Attorneys for Plaintiff* |

## ORDER

IT IS ORDERED that the response brief deadlines to Christopher Communities at Southern Highlands Golf Club Homeowners Association's Motion to Dismiss (Doc. No. 92) filed on September 6, 2018 be continued from September 20, 2018 to October 18, 2018. Any reply brief shall be due on November 1, 2018.

DATED September 21, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

HUTCHISON & STEFFEN, PLLC

/s/ Todd W. Prall
John T. Steffen (4390)
Todd W. Prall (9154)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendants Alan Lahrs and Theresa Lahrs as Trustees of the Lahrs Family Trust*