1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
3  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: (702) 629-7900
5  Facsimile: (702) 629-7925
   E-mail:      jag@mgalaw.com
6               djb@mgalaw.com

7  *Attorneys for First 100, LLC and Jay Bloom*

8

9  **UNITED STATES DISTRICT COURT**

   **DISTRICT OF NEVADA**
10

11
   THE BANK OF NEW YORK MELLON FKA          Case No.: 2:17-cv-01033-JCM-GWF
12 THE BANK OF NEW YORK, AS TRUSTEE
   FOR THE CERTIFICATEHOLDERS OF            **STIPULATION AND REQUEST TO**
13 CWALT, INC., ALTERNATIVE LOAN TRUST      **EXTEND TIME FOR FIRST 100, LLC**
   2005-56, MORTGAGE PASSTHROUGH            **AND JAY BLOOM TO FILE A RESPONSE**
14 CERTIFICATES, SERIES 2005-56             **TO ALAN LAHRS AND THERESA**
                                            **LAHRS, AS TRUSTEES OF THE LAHRS**
15                                          **FAMILY TRUST'S CROSS-CLAIM**
                    Plaintiff,              **AGAINST FIRST 100, LLC AND THIRD-**
16                                          **PARTY COMPLAINT AGAINST JAY**
   vs.                                      **BLOOM (ECF No. 75)**
17
   CHRISTOPHER COMMUNITIES AT               **(First Request)**
18 SOUTHERN HIGHLANDS GOLF CLUB
   HOMEOWNERS ASSOCIATION; KUPPERLIN
19 LAW GROUP, LLC; FIRST 100, LLC; ALAN
   LAHRS AND THERESA LARHS AS
20 TRUSTEES OF THE LAHRS FAMILY TRUST;
   DOE INDIVIDUALS 1-X, inclusive; and ROE
21 CORPORATIONS I-X, inclusive,
22
                    Defendants.
23
   CHRISTOPHER COMMUNITIES AT
24 SOUTHERN HIGHLANDS GOLF CLUB
   HOMEOWNERS ASSOCIATION,
25
26                  Cross-Claimant,
27 vs.
28

                                    1

| | |
|---|---|
| KUPPERLIN LAW GROUP, LLC, | |
| | Cross-defendant |

| | |
|---|---|
| KUPPERLIN LAW GROUP, LLC | |
| | Counter-Claimant |
| vs. | |
| NATALIE L. WINSLOW, an individual, | |
| | Counter-defendant. |

| | |
|---|---|
| ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, a trust established under the laws of the State of Nevada, | |
| | Cross-Claimant |
| vs. | |
| CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION, A HOMEOWNER'S ASSOCIATION GOVERNED BY THE LAWS OF THE STATE OF NEVADA; KUPPERLIN LAW GROUP, LLC, a Nevada limited liability company; FIRST 100, LLC, a Nevada limited liability company, | |
| | Cross-Defendants. |

ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, a trust established under the laws of the State of Nevada,

Third-Party Plaintiff,

vs.

JAY BLOOM, an individual, DOE INDIVIDUALS I-X inclusive; and ROE CORPORATIONS I-X, inclusive,

Third-Party Defendants.

Cross-Defendant FIRST 100, LLC ("First 100") and Third-Party Defendant JAY BLOOM ("Bloom"), by and through their attorneys, the law firm of MAIER GUTIERREZ & ASSOCIATES, and Alan Lahrs and Theresa Lahrs as Trustees of the Lahrs Family Trust, by and through their attorneys, HUTCHISON & STEFFEN, PLLC and JEFFREY R. ALBREGTS, LLC, hereby STIPULATE AND AGREE that First 100 and Bloom's deadline to file a response to Alan Lahrs and Theresa Lahrs as Trustees of the Lahrs Family Trust's Answer to Complaint, Cross Claims, and Third-Party Complaint (ECF No. 75) should be extended from December 4, 2018 to and including **Friday, January 4, 2019.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    This extension is requested by First 100 and Bloom, as additional time is needed to prepare a

2    thorough response.  This brief extension will not unduly delay this matter in any way.

3    DATED this 3rd day of December, 2018.                    DATED this 3rd day of December, 2018.

4    **MAIER GUTIERREZ & ASSOCIATES**                        **HUTCHISON & STEFFEN, PLLC**

6    ___/s/ Danielle J. Barraza_____             _/s/ Todd W. Prall_____
     JOSEPH A. GUTIERREZ, ESQ.                                JOHN T. STEFFEN. ESQ.
7    Nevada Bar No. 9046                                      Nevada Bar No. 4390
     DANIELLE J. BARRAZA, ESQ.                                TODD W. PRALL, ESQ.
8    Nevada Bar No. 13822                                     Nevada Bar No. 9154
     8816 Spanish Ridge Avenue                                Peccole Professional Park
9    Las Vegas, Nevada 89148                                  10080West Alta Drive, Suite 200
     *Attorneys for Plaintiff/Counter-Defendant*             La Vegas, Nevada 89145
10   *Panda LLC Series 2052 Houdini Street*                  *Attorneys for Defendants Alan Lahrs and*
                                                             *Theresa Lahrs as Trustees of the Lahrs*
11                                                            *Family Trust*

12   DATED this 3rd day of December, 2018.

     **JEFFREY R. ALBREGTS, LLC**

14   ___/s/ Jeffrey R. Albregts_____
15   JEFFREY R. ALBREGTS, ESQ.
     Nevada Bar No. 66
16   701 Shadow Lane, Suite 150
     Las Vegas, Nevada 89106
17   *Attorneys for Third-Party Complainants*
     *Alan Lahrs and Theresa Lahrs as Trustees*
18   *of the Lahrs Family Trust*

20                   IT IS SO ORDERED.

21                                              DATED December 4, 2018.

23                                              _____
                                               *George Foley Jr.*

24                                              UNITED STATES MAGISTRATE JUDGE

4