1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
3  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: (702) 629-7900
5  Facsimile:  (702) 629-7925
   E-mail:      jag@mgalaw.com
6                djb@mgalaw.com

7  *Attorneys for First 100, LLC and Jay Bloom*

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-56<br><br>                    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION; KUPPERLIN LAW GROUP, LLC; FIRST 100, LLC; ALAN LAHRS AND THERESA LARHS AS TRUSTEES OF THE LAHRS FAMILY TRUST; DOE INDIVIDUALS 1-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants.<br><br>CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION,<br><br>                    Cross-Claimant,<br><br>vs. | Case No.: 2:17-cv-01033-JCM-GWF<br><br>**STIPULATION AND REQUEST TO EXTEND TIME FOR FIRST 100, LLC AND JAY BLOOM TO FILE A RESPONSE TO ALAN LAHRS AND THERESA LAHRS, AS TRUSTEES OF THE LAHRS FAMILY TRUST'S CROSS-CLAIM AGAINST FIRST 100, LLC AND THIRD-PARTY COMPLAINT AGAINST JAY BLOOM (ECF No. 75)**<br><br>**(Second Request)** |

1

KUPPERLIN LAW GROUP, LLC,

                      Cross-defendant

---

KUPPERLIN LAW GROUP, LLC

                      Counter-Claimant

vs.

NATALIE L. WINSLOW, an individual,

                      Counter-defendant.

---

ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, a trust established under the laws of the State of Nevada,

                      Cross-Claimant

vs.

CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION, A HOMEOWNER'S ASSOCIATION GOVERNED BY THE LAWS OF THE STATE OF NEVADA; KUPPERLIN LAW GROUP, LLC, a Nevada limited liability company; FIRST 100, LLC, a Nevada limited liability company,

                      Cross-Defendants.

1

ALAN LAHRS AND THERESA LAHRS AS
TRUSTEES OF THE LAHRS FAMILY
TRUST, a trust established under the laws of the
State of Nevada,

2

3

4

Third-Party Plaintiff,

5

vs.

6

JAY BLOOM, an individual, DOE
INDIVIDUALS I-X inclusive; and ROE
CORPORATIONS I-X, inclusive,

7

8

Third-Party Defendants.

9

10      Cross-Defendant FIRST 100, LLC ("First 100") and Third-Party Defendant JAY BLOOM

11  ("Bloom"), by and through their attorneys, the law firm of MAIER GUTIERREZ & ASSOCIATES, and

12  Alan Lahrs and Theresa Lahrs as Trustees of the Lahrs Family Trust ("Lahrs Parties"), by and through

13  their attorneys, HUTCHISON & STEFFEN, PLLC and JEFFREY R. ALBREGTS, LLC, hereby STIPULATE

14  AND AGREE that First 100 and Bloom's deadline to file a response to Alan Lahrs and Theresa Lahrs

15  as Trustees of the Lahrs Family Trust's Answer to Complaint, Cross Claims, and Third-Party

16  Complaint (ECF No. 75) should be extended from January 4, 2019 to and including **Monday,**

17  **February 4, 2019.**

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

(

1        This extension is requested as a result of the Lahrs Parties filing their supplemental third party

2   Complaint on December 17, 2018.  In an effort to prevent multiple filings, First 100 and Bloom wish

3   to file only one responsive pleading, which incorporates a response to the supplemental third party

4   Complaint.  As such, First 100 and Bloom are respectfully requesting a brief 30-day extension to

5   provide their response.  This brief extension will not unduly delay this matter in any way.

6     DATED this 31st day of December, 2018.      DATED this 31st day of December, 2018.

7   **MAIER GUTIERREZ & ASSOCIATES**      **HUTCHISON & STEFFEN, PLLC**

8

9     __/s/ Danielle J. Barraza_____    __/s/ Todd W. Prall_____
    JOSEPH A. GUTIERREZ, ESQ.          JOHN T. STEFFEN. ESQ.

10  Nevada Bar No. 9046                Nevada Bar No. 4390
    DANIELLE J. BARRAZA, ESQ.         TODD W. PRALL, ESQ.

11  Nevada Bar No. 13822              Nevada Bar No. 9154
    8816 Spanish Ridge Avenue         Peccole Professional Park

12  Las Vegas, Nevada 89148          10080West Alta Drive, Suite 200
    *Attorneys for Plaintiff/Counter-Defendant*  La Vegas, Nevada 89145

13  *Panda LLC Series 2052 Houdini Street*    *Attorneys for Defendants Alan Lahrs and*
                                     *Theresa Lahrs as Trustees of the Lahrs*

14                                   *Family Trust*

15  DATED this 31st day of December, 2018.

16  **JEFFREY R. ALBREGTS, LLC**

17

18  __/s/ Jeffrey R. Albregts_____
    JEFFREY R. ALBREGTS, ESQ.

19  Nevada Bar No. 66
    701 Shadow Lane, Suite 150

20  Las Vegas, Nevada 89106
    *Attorneys for Third-Party Complainants*

21  *Alan Lahrs and Theresa Lahrs as Trustees*
    *of the Lahrs Family Trust*

22

23                    IT IS SO ORDERED.

24                    DATED January 2, 2019.

25

26

27                    UNITED STATES MAGISTRATE JUDGE

28

                    4