Sophia S. Lau, Esq. (Nevada Bar No. 13365)
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendants
COMMONWEALTH LAND TITLE INSURANCE
COMPANY and LAWYERS TITLE OF NEVADA, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-56, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION; KUPPERLIN LAW GROUP, LLC; FIRST 100, LLC; ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST; DOE INDIVIDUALS 1-X, inclusive; and ROE CORPORATIONS 1-X, inclusive, <br><br> Defendant. | Case No.: 2:17-cv-01033-JCM-GWF <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEFENDANTS COMMONWEALTH LAND TITLE INSURANCE COMPANY AND LAWYER'S TITLE OF NEVADA, INC.'S TIME TO RESPOND TO COMPLAINT (ECF NO. 114)** <br><br> **(First Request)** |
| CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION, <br><br> Cross-Claimant, <br><br> vs. <br><br> KUPPERLIN LAW GROUP, LLC, <br><br> Cross-Defendant. | |

1
**STIPULATION AND PROPOSED ORDER**

249938.1

| | |
|---|---|
| KUPPERLIN LAW GROUP, LLC, | |
| Counter-Claimant, | |
| vs. | |
| NATALIE L. WINSLOW, an individual, | |
| Counter-Defendant. | |
| ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, a trust established under the laws of the State of Nevada, | |
| Cross-Claimant, | |
| vs. | |
| CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION, a homeowner's association governed by the laws of the State of Nevada; KUPPERLIN LAW GROUP, LLC, a Nevada limited liability company; FIRST 100, LLC, a Nevada limited liability company, | |
| Cross-Defendants. | |
| ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, a trust established under the laws of the State of Nevada, | |
| Third-Party Plaintiff, | |
| vs. | |
| JAY BLOOM, an individual, DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Third-Party Plaintiff. | |
| ALAN LAHRS AND THERESA LAHRS, individually and as TRUSTEES OF THE LAHRS FAMILY TRUST, | |
| Third-Party Plaintiffs, | |
| vs. | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Foreign | |



**STIPULATION AND PROPOSED ORDER**
249938.1

Corporation previously registered with the Nevada Secretary of State's Office, LAWYERS TITLE OF NEVADA, Inc., a Nevada Domestic Corporation; DOE individuals I-V; and ROE CORPORATIONS I-V,

    Supplemental Third-Party Defendants.

### STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS COMMONWEALTH LAND TITLE INSURANCE COMPANY AND LAWYER'S TITLE OF NEVADA, INC.'S TIME TO RESPOND TO COMPLAINT (ECF NO. 114)

Third-Party Plaintiffs Alan Lahrs and Theresa Lahrs, individually and as Trustees for their Family Trust ("Plaintiffs"), and Defendants Commonwealth Land Title Insurance Company and Lawyers Title of Nevada, Inc. ("Defendants"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Plaintiffs filed their Third-Party Complaint in this matter on December 17, 2018 (ECF No. 114);

**WHEREAS**, Defendants were served with the Summons and Third-Party Complaint on or about December 28, 2018;

**WHEREAS**, Defendants' response to the Third-Party Complaint is due on January 18, 2019;

**WHEREAS**, counsel for Defendants were only recently retained and require additional time to respond to the Third-Party Complaint;

**WHEREAS**, this is the first stipulation for an extension of Defendants' time to respond to the Third-Party Complaint; and

**WHEREAS**, Plaintiffs have agreed to extend Defendants' time to respond to the Third-Party Complaint to February 1, 2019,

Now, therefore, the parties hereto, by and through their counsel of record, and subject to Court approval, hereby stipulate and agree as follows:

//

//

//



1. Defendants shall file their response to the Third-Party Complaint in this matter on or before <u>February 1, 2019</u>.

Dated this 16th day of January 2019

          EARLY SULLIVAN WRIGHT
            GIZER & McRAE LLP

By: */s/ Sophia S. Lau*
Sophia S. Lau, Esq.
Nevada Bar No. 13365
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Attorneys for Defendants
Commonwealth Land Title Insurance Company and
Lawyers Title of Nevada, Inc.

Dated this 16th day of January 2019     JEFFREY R. ALBREGTS, LLC

By: */s/ Jeffrey R. Albregts*
Jeffrey R. Albregts, Esq.
Nevada Bar No. 0066
701 Shadow Lane, Suite 150
Las Vegas, NV 89106
Attorneys for Third-Party Plaintiffs
Alan Lahrs and Theresa Lahrs, individually and as
Trustees for their Family Trust

**<u>ORDER</u>**

**IT IS SO ORDERED:**

By: *George Foley Jr.*
    UNITED STATES MAGISTRATE JUDGE

Dated: 01-17-2019

