1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
3  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: (702) 629-7900
5  Facsimile:  (702) 629-7925
   E-mail:      jag@mgalaw.com
6                djb@mgalaw.com

7  *Attorneys for First 100, LLC and Jay Bloom*

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

12  | THE BANK OF NEW YORK MELLON FKA | Case No.: 2:17-cv-01033-JCM-GWF |

THE BANK OF NEW YORK, AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF
CWALT, INC., ALTERNATIVE LOAN TRUST
2005-56, MORTGAGE PASSTHROUGH
CERTIFICATES, SERIES 2005-56

**STIPULATION AND REQUEST TO
EXTEND TIME FOR FIRST 100, LLC
AND JAY BLOOM TO FILE A RESPONSE
TO ALAN LAHRS AND THERESA
LAHRS, AS TRUSTEES OF THE LAHRS
FAMILY TRUST'S CROSS-CLAIM
AGAINST FIRST 100, LLC AND THIRD-
PARTY COMPLAINT AGAINST JAY
BLOOM (ECF No. 75)**

Plaintiff,

vs.

**(Third Request)**

CHRISTOPHER COMMUNITIES AT
SOUTHERN HIGHLANDS GOLF CLUB
HOMEOWNERS ASSOCIATION; KUPPERLIN
LAW GROUP, LLC; FIRST 100, LLC; ALAN
LAHRS AND THERESA LARHS AS
TRUSTEES OF THE LAHRS FAMILY TRUST;
DOE INDIVIDUALS 1-X, inclusive; and ROE
CORPORATIONS I-X, inclusive,

Defendants.

CHRISTOPHER COMMUNITIES AT
SOUTHERN HIGHLANDS GOLF CLUB
HOMEOWNERS ASSOCIATION,

Cross-Claimant,

vs.

1

| | |
|---|---|
| KUPPERLIN LAW GROUP, LLC, | |
| | Cross-defendant |

| | |
|---|---|
| KUPPERLIN LAW GROUP, LLC | |
| | Counter-Claimant |
| vs. | |
| NATALIE L. WINSLOW, an individual, | |
| | Counter-defendant. |

| | |
|---|---|
| ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, a trust established under the laws of the State of Nevada, | |
| | Cross-Claimant |
| vs. | |
| CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION, A HOMEOWNER'S ASSOCIATION GOVERNED BY THE LAWS OF THE STATE OF NEVADA; KUPPERLIN LAW GROUP, LLC, a Nevada limited liability company; FIRST 100, LLC, a Nevada limited liability company, | |
| | Cross-Defendants. |

| | |
|---|---|
| 1 | ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, a trust established under the laws of the State of Nevada, |
| 2 | |
| 3 | |
| 4 | Third-Party Plaintiff, |
| 5 | vs. |
| 6 | JAY BLOOM, an individual, DOE INDIVIDUALS I-X inclusive; and ROE CORPORATIONS I-X, inclusive, |
| 7 | |
| 8 | Third-Party Defendants. |

Cross-Defendant FIRST 100, LLC ("First 100") and Third-Party Defendant JAY BLOOM ("Bloom"), by and through their attorneys, the law firm of MAIER GUTIERREZ & ASSOCIATES, and Alan Lahrs and Theresa Lahrs as Trustees of the Lahrs Family Trust ("Lahrs Parties"), by and through their attorneys, HUTCHISON & STEFFEN, PLLC and JEFFREY R. ALBREGTS, LLC, hereby STIPULATE AND AGREE that First 100 and Bloom's deadline to file a response to Alan Lahrs and Theresa Lahrs as Trustees of the Lahrs Family Trust's Answer to Complaint, Cross Claims, and Third-Party Complaint (ECF No. 75) should be extended from February 4, 2019 to and including **Monday, March 1, 2019.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This extension is requested as a result of the procedural posture of this case and the mutual desire of the parties to resolve the claims against First 100 and Bloom prior to First 100 and Bloom responding to the Lahrs Parties' Complaint. In an effort to continue the productiveness of the conversations between the parties, First 100 and Bloom and the Lahrs Parties are respectfully requesting a brief 28-day extension to provide their response. This brief extension will not unduly delay this matter in any way.

DATED this 1st day of February, 2019.

**MAIER GUTIERREZ & ASSOCIATES**

    /s/ Danielle J. Barraza
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff/Counter-Defendant*
*Panda LLC Series 2052 Houdini Street*

DATED this 1st day of February, 2019.

**HUTCHISON & STEFFEN, PLLC**

    /s/ Todd W. Prall
JOHN T. STEFFEN. ESQ.
Nevada Bar No. 4390
TODD W. PRALL, ESQ.
Nevada Bar No. 9154
Peccole Professional Park
10080West Alta Drive, Suite 200
La Vegas, Nevada 89145
*Attorneys for Defendants Alan Lahrs and*
*Theresa Lahrs as Trustees of the Lahrs*
*Family Trust*

DATED this 1st day of February, 2019.

**JEFFREY R. ALBREGTS, LLC**

    /s/ Jeffrey R. Albregts
JEFFREY R. ALBREGTS, ESQ.
Nevada Bar No. 66
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
*Attorneys for Third-Party Complainants*
*Alan Lahrs and Theresa Lahrs as Trustees*
*of the Lahrs Family Trust*

IT IS SO ORDERED.

DATED February 4, 2019.

_____
UNITED STATES MAGISTRATE JUDGE