UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION., *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01033-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Defendants' Countermotion to Extend Time Five Days for Alan Lahrs and Theresa Lahrs as Trustees of the Lahrs Family Trust to File its Answer, Cross-Claims, and Third-Party Complaint from July 11, 2018 to July 16, 2018 Pursuant to FRCP 6(b)(1)(B) and LR 6-1(a) (ECF No. 100), filed October 18, 2018. Upon review and consideration, it appears good cause exists to grant Defendants request. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Countermotion to Extend Time Five Days for Alan Lahrs and Theresa Lahrs as Trustees of the Lahrs Family Trust to File its Answer, Cross-Claims, and Third-Party Complaint from July 11, 2018 to July 16, 2018 Pursuant to FRCP 6(b)(1)(B) and LR 6-1(a) (ECF No. 100) is **granted**.

Dated this 15th day of February, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE