**JEFFREY R. ALBREGTS, ESQ.**
Nevada Bar No. 0066
**KRISTA N. ALBREGTS, ESQ.**
Nevada Bar No. 13301
JEFFREY R. ALBREGTS, LLC
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
Telephone:    702/483-5026
Facsimile:     702/485-2343
Email: jalbregts@albregtslaw.com
*Attorneys for Third Party Plaintiffs*
*Alan and Theresa Lahrs as Trustees*
*of Lahrs Family Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-56,<br><br>Plaintiff,<br>vs.<br><br>CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION; KUPPERLIN LAW GROUP, LLC; FIRST 100, LLC; ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br>------------------------------------------------------------<br>CHRISTOPHER COMMUNITIES AT SOUTHERN HIGLANDS GOLF CLUB HOA,<br><br>Cross-Claimant,<br>v. | CASE NO. 2:17-cv-01033-JCM-GWF<br><br>STIPULATION AND PROPOSED ORDER EXTENDING THIRD-PARTY PLAINTIFFS LAHRS' TIME TO FILE REPLY TO THIRD PARTY DEFENDANTS COMMONWEALTH LAND TITLE INSURANCE COMPANY'S AND LAWYERS TITLE OF NEVADA, INC'S FIRST AMENDED ANSWER AND COUNTERCLAIM [ECF 143] |

KUPPERLIN LAWGROUP, LLC,

  Cross-Defendant.

CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOA

  Cross-Claimant,

vs.

KUPPERLIN LAW GROUP, LLC,

  Cross-Defendant.

KUPPERLIN LAW GROUP, LLC,

  Counter-Claimant,

vs.

NATALIE L. WINSLOW, an individual,

  Counter-Defendant.

ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, a trust established under the laws of the State of Nevada,

  Cross-Claimant,

vs.

CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOA, a homeowner's association governed by the laws of the State of Nevada; KUPPERLIN LAW GROUP, LLC, a Nevada limited liability company; FIRST 100, LLC, a Nevada limited liability company,

  Cross-Defendants.

ALAN LAHRS AND THERESA LAHRS
AS TRUSTEES OF THE LAHRS FAMILY
TRUST, a trust established under the laws of the
State of Nevada,

    Third-Party Plaintiff,

vs.

JAY BLOOM, an individual, DOE
INDIVIDUALS I-X, inclusive;
and ROE CORPORATIONS I-X, inclusive,

    Third-Party Defendants.

---

ALAN LAHRS AND THERESA LAHRS,
Individually and as TRUSTEES OF THE
LAHRS FAMILY TRUST,

    Third-Party Plaintiffs,

vs.

COMMONWEALTH LAND TITLE
INSURANCE COMPANY, a Foreign
Corporation previously registered with the
Nevada State Secretary of State's Office;
LAWYERS TITLE OF NEVADA, Inc., a
Nevada Domestic Corporation; DOE individuals
I-V; and ROE CORPORATIONS I-V,

    Supplemental Third-Party Defendants.

## STIPULATION AND PROPOSED ORDER EXTENDING THIRD-PARTY PLAINTIFFS LAHRS' TIME TO FILE REPLY TO DEFENDANTS COMMONWEALTH LAND TITLE INSURANCE COMPANY AND LAWYERS TITLE OF NEVADA, INC FIRST AMENDED ANSWER AND COUNTERCLAIM

It is hereby Stipulated and Agreed by and between Jeffrey R. Albregts, Esq., counsel for Third-Party Plaintiffs, individually and as Trustees for their Family Trust ("Lahrs"); and Defendants Commonwealth Land Title Insurance Company and Lawyers Title of Nevada, Inc. ("Commonwealth"), by and through their counsel of record, Sophia S. Lau, Esq., and Christopher Ritter, Esq., that Lahrs' deadline to file a Reply to Commonwealth's and Lawyers

Title of Nevada, Inc's First Amended Answer and Counterclaim [ECF 143] should be extended from July 26, 2019 to and including **Friday, August 16, 2019.**

DATED this 24th day of July, 2019.

**JEFFREY R. ALBREGTS, LLC**

/s/ Jeffrey R. Albregts

Jeffrey R. Albregts, Esq., NSB 0066
JEFFREY R. ALBREGTS, LLC
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
Telephone: 702/483-5026
Facsimile: 702/485-2343
Email: jalbregts@albregtslaw.com
*Attorneys for Third Party Plaintiffs Lahrs*

DATED this 24th day of July, 2019.

**EARLY SULLIVAN WRIGHT GIZER & McRAE, LLP**

/s/ Christopher I. Ritter

Sophia S. Lau, Esq., NSB 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone: 702/331-7593
Facsimile: 702/331-1652

Christopher I. Ritter, Esq.
Early Sullivan Wright Gizer & McRae, LLP
6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
*Attorneys for Defendants Commonwealth And Lawyers Title of Nevada, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 26, 2019