JEFFREY R. ALBREGTS, ESQ.
Nevada Bar No. 0066
KRISTA N. ALBREGTS, ESQ.
Nevada Bar No. 13301
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
Tele.: 702/483-5026; Fax.: 702/485-2343
Email: jalbregts@albregtslaw.com
*Attorneys for TPP Alan and Theresa Lahrs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-56,<br><br>Plaintiff,<br>vs.<br><br>CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOMEOWNERS ASSOCIATION; KUPPERLIN LAW GROUP, LLC; FIRST 100, LLC; ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br>-----------------------------------------------------------------<br>CHRISTOPHER COMMUNITIES AT SOUTHERN HIGLANDS GOLF CLUB HOA,<br><br>Cross-Claimant,<br>v.<br>KUPPERLIN LAWGROUP, LLC,<br><br>Cross-Defendant. | CASE NO. 2:17-cv-01033-JCM-EJY<br><br>**SECOND STIPULATION AND PROPOSED ORDER EXTENDING THIRD-PARTY PLAINTIFFS LAHRS' TIME TO FILE REPLY TO THIRD PARTY DEFENDANTS COMMONWEALTH LAND TITLE INSURANCE COMPANY'S AND LAWYERS TITLE OF NEVADA, INC'S FIRST AMENDED ANSWER AND COUNTERCLAIM [ECF 143]** |

| | |
|---|---|
| 1 | CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOA |
| 2 | |
| 3 | Cross-Claimant, vs. |
| 4 | KUPPERLIN LAW GROUP, LLC, |
| 5 | |
| 6 | Cross-Defendant. |
| 7 | KUPPERLIN LAW GROUP, LLC, |
| 8 | Counter-Claimant, vs. |
| 9 | |
| 10 | NATALIE L. WINSLOW, an individual, |
| 11 | Counter-Defendant. |
| 12 | |
| 13 | ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, a trust established under the laws of the State of Nevada, |
| 14 | |
| 15 | Cross-Claimant, |
| 16 | vs. |
| 17 | CHRISTOPHER COMMUNITIES AT SOUTHERN HIGHLANDS GOLF CLUB HOA, a homeowner's association governed by the laws of the State of Nevada; KUPPERLIN LAW GROUP, LLC, a Nevada limited liability company; FIRST 100, LLC, a Nevada limited liability company, |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | Cross-Defendants. |

| | |
|---|---|
| ALAN LAHRS AND THERESA LAHRS AS TRUSTEES OF THE LAHRS FAMILY TRUST, a trust established under the laws of the State of Nevada, | |
| Third-Party Plaintiff, | |
| vs. | |
| JAY BLOOM, an individual, DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Third-Party Defendants. | |
| ALAN LAHRS AND THERESA LAHRS, Individually and as TRUSTEES OF THE LAHRS FAMILY TRUST, | |
| Third-Party Plaintiffs, | |
| vs. | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Foreign Corporation previously registered with the Nevada State Secretary of State's Office; LAWYERS TITLE OF NEVADA, Inc., a Nevada Domestic Corporation; DOE individuals I-V; and ROE CORPORATIONS I-V, | |
| Supplemental Third-Party Defendants. | |

## SECOND
## STIPULATION AND PROPOSED ORDER EXTENDING THIRD-PARTY PLAINTIFFS LAHRS' TIME TO FILE REPLY TO DEFENDANTS COMMONWEALTH LAND TITLE INSURANCE COMPANY AND LAWYERS TITLE OF NEVADA, INC FIRST AMENDED ANSWER AND COUNTERCLAIM

It is hereby Stipulated and Agreed by and between Jeffrey R. Albregts, Esq., counsel for Third-Party Plaintiffs, individually and as Trustees for their Family Trust ("Lahrs"); and Defendants Commonwealth Land Title Insurance Company and Lawyers Title of Nevada, Inc. ("Commonwealth"), by and through their counsel of record, Sophia S. Lau, Esq., and Christopher Ritter, Esq., that Lahrs' deadline to file a Reply to Commonwealth's and Lawyers

Title of Nevada, Inc's First Amended Answer and Counterclaim [ECF 143] should be extended from August 16, 2019 to and including **Tuesday, September 2, 2019.**

DATED this 14th day of August, 2019.

**JEFFREY R. ALBREGTS, LLC**

*/s/ Jeffrey R. Albregts*

Jeffrey R. Albregts, Esq., NSB 0066
JEFFREY R. ALBREGTS, LLC
701 Shadow Lane, Suite 150
Las Vegas, Nevada 89106
Telephone: 702/483-5026
Facsimile: 702/485-2343
Email: jalbregts@albregtslaw.com
*Attorneys for Third Party Plaintiffs Lahrs*

DATED this 14th day of August, 2019.

**EARLY SULLIVAN WRIGHT
GIZER & McRAE, LLP**

*/s/ Christopher I. Ritter*

Sophia S. Lau, Esq., NSB 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone: 702/331-7593
Facsimile: 702/331-1652

Christopher I. Ritter, Esq.
Early Sullivan Wright Gizer & McRae, LLP
6420 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048
*Attorneys for Defendants Commonwealth
And Lawyers Title of Nevada, Inc.*

**IT IS SO ORDERED:**

/s/ Cayman F. Bouchal
UNITED STATES MAGISTRATE JUDGE

Dated: August 15, 2019

# CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b), I certify that on behalf of Jeffrey R. Albregts, LLC, on this 14th day of Aug., 2019, I caused the above and foregoing document entitled **SECOND STIPULATION AND PROPOSED ORDER EXTENDING TPP LAHRS' TIME TO FILE REPLY TO TPD COMMONWEALTH'S AND LAWYERS TITLE OF NEVADA, INC'S FIRST AMENDED ANSWER AND COUNTERCLAIM,** to be served as follows:

☒ to be electronically served through court's electronic filing system, with the date and time of the electronic service substituted for the date and place of deposit in the mail; and/or

| | |
|---|---|
| Sean L. Anderson, Esq.<br>J. Tyler King<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Christopher Communities at Southern Highlands Golf Club HOA*<br>Sanderson@lkglawfirm.com<br>Tking@lkglawfirm.com | Robert E. Atkinson, Esq.<br>Atkinson Law Associates, Ltd.<br>376 E. Warm Springs Road,<br>Suite 130<br>Las Vegas, Nevada 89119<br>*Attorney for Kupperlin Law Group, LLC*<br>Email: Robert@nv-lawfirm.com |
| Darren T. Brenner, Esq.<br>Rex Garner, Esq.<br>Akerman LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>*Attorneys for Plaintiff*<br>Email: Darren.brenner@akerman.com<br>Email: Rex.garner@akerman.com | John T. Steffan, Esq.<br>Todd W. Prall, Esq.<br>Hutchison & Steffen, PLLC<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>*Attorneys for Lahrs/Lahrs Family Trust*<br>Email: Tprall@hutchlegal.com |
| Joseph Gutierrez, Esq.<br>Daniel Barraza, Esq.<br>Maier Gutierrez & Associates<br>8816 Spanish Ridge Ave.<br>Las Vegas, NV 89148<br>*Attorneys for Bloom & First 100, LLC*<br>Email: jag@mgalaw.com<br>Email: djb@mgalaw.com | Sophia S. Lau, Esq., NSB No. 13365<br>Early Sullivan Wright Gizer & McRae, LLP<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, NV 89148<br>Email: Slau@earlysullivan.com<br><br>Christopher I. Ritter, Esq.<br>Early Sullivan Wright Gizer & McRae, LLP<br>6420 Wilshire Blvd, 17th Floor<br>Los Angeles, CA 90048<br>Email: critter@earlySullivan.com<br>*Attorneys for Commonwealth/Lawyers Title* |

*/s/ Heather Stroup*

_____

For Jeffery Albregts, LLC

SECOND STIPULATION/ORDER EXTENDING TIME FOR
LAHRS TO FILE REPLY TO COMMONWEALTH/LAWYERS
TITLE'S FIRST AMENDED ANSWER/COUNTERCLAIM - 5